GREER *v.* THE STATE.

BECK, J.  1. As the evidence introduced by the State made out a plain case· of murder, and the statement of the defendant established a case of justifiable ͺhomicide, the court below did not err in omitting from its. charge the law of voluntary manslaughter.

2. The verdict was authorized by the evidence; and the trial judge being· satisfied therewith, this court will not interfere with his refusal to grant. a new trial.        *Judgment affirmed.  All the Justices concur.*

Submitted December 18ͺ 1905.—Decided January 13, 1906.

Indictment for murder.  Before Judge Reagan.  Spalding su--perior court.  October 28, 1905.

*J. D. Boyd* and *W. E. H. Searcy Jr.,* for plaintiff in error.

*John C. Hart, attorney-general,* and *O. H. B. Bloodworth, solic--itor-general, contra.*